IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ESTEVEN GARCIA,

    Plaintiff,

vs.                                       No. CV 19-00217 KG/KK

KENDRA LNU,
ISABEL LUCERO,
ADULT PROBATION AND PAROLE,

    Defendants.

## **JUDGMENT**

**THIS MATTER** is before the Court under Fed. R. Civ. P. 41(b) on the 1983 Tort Claim Complaint filed by Plaintiff Esteven Garcia (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

**IT IS ORDERED** that **JUDGMENT** is entered and the 1983 Tort Claim Complaint filed by Plaintiff Esteven (Doc. 1) is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b).

_____
UNITED STATES DISTRICT JUDGE